Dismissed and Memorandum Opinion filed June 29, 2006








Dismissed
and Memorandum Opinion filed June 29, 2006.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-06-00359-CV

____________

 

JOHN R. SHIKE, Appellant

 

V.

 

ZUBAIDA M. SHIKE,
Appellee

 



 

On Appeal from the 309th District
Court

Harris County, Texas

Trial Court Cause No. 05-29655

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed February 15, 2006.

On June
15, 2006, appellant filed a motion to dismiss the appeal.  See Tex. R. App. P. 42.1.  The motion is
granted.

Accordingly,
the appeal is ordered dismissed.       

PER
CURIAM

Judgment rendered and Memorandum Opinion filed June
29, 2006.

Panel consists of Justices Anderson, Edelman, and Frost.